# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:  Case No.   05-31291-BKC-PGH
Chapter 7

THOMAS MICKEL MCCLAIN

_____ Debtor ____/

## NOTICE OF DEPOSIT OF FUNDS WITH THE
## U.S. BANKRUPTCY COURT CLERK

Notice is given that:

( X )  The trustee has a balance of $1.18 remaining in the trustee's account which represents small dividends as defined by Bankruptcy Rule 3010 for the benefit of:

FDS Bank/Burdines-Macy's
TSYS Total Debt Mgmt Inc
POB 137
Columbus, GA 31902-0137

Acct # 079891610

Notice is given that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Dated: 08/25/10           /s/ John P. Barbee
                          Trustee [or disbursing agent]
                          John P. Barbee
                          print name

Copies to:
Debtor (at last current address)    PO BoX 640, Vero Beach, Fl 32961-0640
Attorney for Debtor                 address
U.S. Trustee                        772-563-2125
                                    phone



PAID
133471

LF-26 (rev. 12/01/09)